No. 298. BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN ET AL. *v.* ANACONDA COMPANY ET AL.; and No. 311. BUTTE, ANACONDA & PACIFIC RAILWAY CO. *v.* BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN ET AL. C. A. 9th Cir. Certiorari denied. *David L. Holland, Russell B. Day* and *Harold C. Heiss* for petitioners in No. 298. *William N. Geagan* for petitioner in No. 311. *Nathan Witt* for International Union of Mine, Mill and Smelter Workers et al., respondents in No. 298. *David L. Holland* for respondents in No. 311. Reported below: 268 F. 2d 54.

No. 299. SCRIPTO, INC., *v.* FERBER CORPORATION. C. A. 3d Cir. Certiorari denied. *Ernest P. Rogers* for petitioner. *Maxwell E. Sparrow* for respondent.

No. 306. ILLINOIS EX REL. JAMES *v.* LYNCH, SHERIFF. Supreme Court of Illinois. Certiorari denied. *Charles A. Bellows* for petitioner.

No. 307. ILLINOIS DISTRICT COUNCIL OF THE ASSEMBLY OF GOD *v.* OLD SALEM CHAUTAUQUA ASSOCIATION. Supreme Court of Illinois. Certiorari denied. *Matthew Steinberg* for petitioner. *Montgomery S. Winning* for respondent.

No. 271. RETAIL CLERKS UNION, LOCAL No. 1364, AFL–CIO, ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, IN AND FOR THE COUNTY OF TRINITY, ET AL. Supreme Court of California. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Charles P. Scully* and *Jack Halpin* for petitioners. *Nathan R. Berke* for Hood et al., respondents.